22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

DOCKET NO. 2020-12357                    DIVISION: B

LAURIE M. PENNISON

VERSUS

THE FRESH MARKET, INC., and EREP NORTHLAKE 1, LLC a/k/a EPIC REAL ESTATE PARTNERS

Filed: _____   By: _____
                                       Deputy Clerk

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Laurie M. Pennison, a person of the full age of majority and resident of St. Tammany Parish, State of Louisiana, who with respect represents:

Made Defendants herein are:

1. **THE FRESH MARKET, INC.**, a foreign corporation authorized and doing business in the state of Louisiana;

2. **EREP NORTHLAKE 1, LLC**, a Delaware Limited Liability Company authorized and doing business in the State of Louisiana a/k/a Epic Real Estate Partners.

1.

On or about May 10, 2019, the Plaintiff, Laurie M. Pennison (hereafter "Ms. Pennison") was an invited guest at The Fresh Market when she tripped and fell in the parking lot/sidewalk curb leading up to the entrance to the store. There were no warning signs of the hazard that existed, nor was the hazard open and obvious in that the defect could not be discerned by Ms. Pennison as she was preparing to step up to the curb.

2.

As a result of the fall, Ms. Pennison injured her knees, left wrist, and both shoulders. Subsequent to the fall, and as a direct result of this accident, Ms. Pennison had surgery to repair a complete tear of the right rotator cuff, decompression of the suprascapular nerve, distal clavicle

DEFENDANT'S EXHIBIT 1

excision, subacromial decompression, and subchondroplasty into the greater tuberosity. Muscle atrophy was assessed at 50% or greater.

3.

Upon information and belief and at all times material hereto prior to and during the time of the May 10, 2019 accident at issue herein, Defendants **THE FRESH MARKET, INC.** and **EREP NORTHLAKE 1, LLC** were responsible for the set-up, upkeep, maintenance and repair of the property. The Defendants failed to properly maintain the property free from defects and/or failed to properly warn Plaintiff about said defects causing the accident at issue herein to **LAURIE M. PENNISON**.

4.

Upon information and belief, Defendants had notice that their property was defective and posed a hazard to guests.

5.

The aforementioned accident was caused by the negligence of the defendants, **THE FRESH MARKET, INC.** and **EREP NORTHLAKE 1, LLC**, its agents and employees, including, but not limited to, the following actions and/or inactions, as well as the presence of the following non-exclusive list of defects within said premises at the time of the accident, said defendants are liable to Plaintiff pursuant to the provisions of La. C.C. art. 2315 and/or 2317:

a) Failure to respond to unsafe conditions upon the property;
b) Allowing the existence of unsafe conditions upon the property;
c) Not properly maintaining the property (including the property's grounds);
d) Negligent supervision and/or maintenance of the property and its component parts;
e) Failure to warn visitors, guests and/or invitees about deficiencies in the property;
f) Failure to warn visitors, guests and/or invitees about hazards upon the property;
g) Failure to warn the Petitioner of the existence of the hazard at issue herein;
h) Failure to take action to repair or remediate the hazard at issue herein;
i) Failure to provide a safe ingress and/or egress to the property at issue;
j) These negligent acts are pleaded specifically herein and are in addition to other acts of negligence which will be shown at the trial of this matter.

6.

Defendants, **THE FRESH MARKET, INC.** and **EREP NORTHLAKE 1, LLC**, owned, had custody and had garde of the premises at issue, and knew and/or should have known about the aforementioned defect. As a result, Defendants are liable to your petitioner under the provisions of La. C.C. Art. 2317.

7.

As a result of the May 10, 2019 accident, Petitioner has incurred medical expenses, pain and suffering, emotional distress and physical injuries.

8.

As a result of the May 10, 2019 accident, Petitioner suffered serious physical and mental injuries as well as inconvenience, entitling her to recover damages from the Defendants including but not limited to:

a) Past and future mental pain and suffering;
b) Past and future physical pain and suffering;
c) Past and future medical expenses;
d) Past and future inconvenience;
e) Past and future loss of enjoyment of life;
f) Lost wages;
g) Loss of earning capacity;
h) Permanent disability, and
i) All damages allowed pursuant to Louisiana law which may be proven at the trial of this matter.

9.

Defendants herein are jointly and severally liable unto Petitioner for this matter, to wit: the accident herein occurred at NORTHLAKE SHOPPING CENTER located at 1814 N. Causeway Boulevard, Mandeville, St. Tammany Parish, Louisiana, for the following reasons: upon information and belief, THE FRESH MARKET, INC. is a tenant of the shopping plaza, and EREP NORTHLAKE 1, LLC is the owner of the shopping plaza.

10.

Petitioner alleges that the damages suffered herein exceed $50,000.00, the legal limit for trial by jury, and she specifically demands a trial by jury.

11.

This matter has been timely filed pursuant to Louisiana law due to the extension of the liberative prescription dates pursuant to the Louisiana Governor's Proclamation No.'s 25 JBE 2020, 27 JBE 2020, 30 JBE 2020, 32 JBE 2020, 33 JBE 2020, 37 JBE 2020, 41 JBE 2020, 51 JBE 2020, 58 JBE 2020 and 59 JBE 2020 which extended all legal deadlines through June 5, 2020.

WHEREFORE, Petitioner prays that Defendants, THE FRESH MARKET, INC. and EREP NORTHLAKE 1, LLC, be served with a copy of this petition, that they be required to

appear herein and answer same, that after all legal delays and due proceedings had there be judgment rendered herein in favor of LAURIE M. PENNISON and against Defendants in the amounts to be determined by this Court, along with legal interest from the date of judicial demand and for all costs of these proceedings.

TRIAL BY JURY is prayed for.

RESPECTFULLY SUBMITTED:

By: /s/ Laurie M. Pennison
Laurie M. Pennison (Bar Roll # 27275)
Pennison Law Office
200 Greenleaves Blvd., Suite 8
Mandeville, LA 70448
Tel: (985) 951-1069
Fax: (985) 778-0105

**PLEASE HOLD SERVICE ON ALL DEFENDANTS**

The Fresh Market, Inc.
Through its agent for service of process:
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471

EREP Northlake 1, LLC
Through its agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Caroline M. Theriot, Deputy Clerk