UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURIE M. PENNISON | CIVIL ACTION NO. 2:20-CV-03178 |
| VERSUS | JUDGE JANE TRICHE MILAZZO |
| THE FRESH MARKET, INC. AND EREP NORTHLAKE 1, LLC A/K/A EPIC REAL ESTATE PARTNERS | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**SECOND SUPPLEMENTAL AND AMENDING PETITION (COMPLAINT) FOR DAMAGES**

Plaintiff, Laurie Pennison amends and supplements her original and first supplemental and amending Petition (Complaint) as follows:

1.

*By amending the named defendants to include:*

THE PHOENIX INSURANCE COMPANY,(PHOENIX) a foreign insurance company authorized to do and doing business in the Eastern District of the State of Louisiana.

2.

*By adding paragraph 8(a) to read as follows:*

At all material times hereto PHOENIX had in full force and effect a policy of insurance providing coverage to THE FRESH MARKET, INC. and EREP NORTHLAKE I, LLC which enures to the benefit of petitioner for the claims made herein and as such PHOENIX is made a direct defendant pursuant to the Louisiana Direct Action Statute and as set forth herein liable with the other defendants jointly, serverally and in solido.

3.

Plaintiff reasserts and reavers all prior claims, causes of action, demands and prayers for relief.

WHEREFORE plaintiff prays that THE PHOENIX INSURANCE COMPANY be duly cited and served with this and all prior petitions and that after due delays had there be judgment herein in favor of plaintiff and against all defendants, jointly, severally and in solido for all damages necessary and appropriate, for all costs, judicial interest and for all general and equitable relief.

Respectfully submitted

S/Timothy Richardson
Timothy Richardson (27625)
PO Box 310
Madisonville, La 70447
tim@rlgroup-law.com
985 302 3022
Fax: 504 335 2275

Physical
422 East Lockwood Street 2nd Floor
Covington, La 70433

And

M Randall Brown (24325)
4021 Desoto Street
Mandeville, La 70471
mrb@brownmary.com
985 626 9990
Fax: 985 626 9858

Certificate of Service

I hereby certify that a copy of the above and foregoing has been served on all counsel of record this 25th day of March 2021 via electronic filing.

*S/ Timothy Richardson*